**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

| | |
|---|---|
| **PEGGY BURT,** | **PLAINTIFF,** |
| **VS.** | **CIVIL ACTION NO. 2:07CV12-P-A** |
| **GRAND CASINOS TUNICA, INC.;** <br> **HARRAH'S ENTERTAINMENT, INC.;** <br> **BL DEVELOPMENT CORPORATION,** <br> **INTERNATIONAL CREATIVE MANAGEMENT, INC.;** <br> **AND TEMPTIN TEMPTATIONS INC D/B/A** <br> **THE TEMPTATIONS,** | **DEFENDANTS.** |

## FINAL JUDGMENT

This matter comes before the court upon Defendant International Creative Management, Inc.'s motion for an order of final judgment [52] given the court's March 3, 2008 Order granting Defendant ICM's motion for summary judgment and dismissal of the plaintiff's claims against Defendant ICM with prejudice. After due consideration of the motion and pursuant to Fed. R. Civ. P. 54(b), the court concludes that there is no just reason for a delay in entering a final judgment regarding Defendant ICM.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant International Creative Management, Inc.'s motion for an order of final judgment [52] is **GRANTED**; therefore,

(2) For the reasons discussed in its March 3, 2008 Order granting Defendant International Creative Management, Inc.'s motion for summary judgment, it is the final judgment of the court that the plaintiff's claims against Defendant International Creative Management, Inc. are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 12th day of March, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE